United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALEY AICKLEN, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:23-CV-04122 |
| COTTON HOLDINGS INC., | § § § |
| Defendant. | § |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Hailey Aicklen and Defendant Cotton Holdings, Inc. (collectively, the "Parties") (Dkt. No. 28). Pursuant to the Stipulation, the Parties stipulate and agree to dismiss the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a) and that each party will bear their own attorneys' fees and costs.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

It is so ORDERED.

SIGNED on July 3, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1